**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHELLE KONG,

        Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant(s).

2:22-cv-01028-JCM-VCF

**ORDER**

Before the Court is Midland Credit Management, Inc.'s motion to extend time for it to respond to plaintiff's written discovery (ECF No. 9).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Midland Credit Management, Inc.'s motion to extend time for it to respond to plaintiff's written discovery (ECF No. 9), must be filed on or before November 21, 2022.  No reply necessary.

DATED this 14th day of November 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1